**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

LAWRENCE EGGLESTON, : No. 28 WM 2022
:
Petitioner :
:
:
:
v. :
:
:
:
COMMON PLEAS COURT OF :
ALLEGHENY COUNTY, :
:
Respondent :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are DENIED.